UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN IGARTUA, *on behalf of himself and all others similarly situated*,

                Plaintiff,

-v-

ROBIN HOOD CANNABIS LLC,

                Defendant.

24-CV-6760 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and subject to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days. Defendant's letter motion for an extension of time to file an answer is DENIED AS MOOT.

    All filing deadlines and conference dates are adjourned *sine die*.

    The Clerk of Court is directed to close the motion at ECF No. 10.

    SO ORDERED.

Dated: January 22, 2025
       New York, New York

                                    J. PAUL OETKEN
                                    United States District Judge